1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

The Honorable Barbara J. Rothstein

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

MARGARITA ELISEA FREGOSO, also known as MARGARITA FREGOSO, a divorced person,

Plaintiff,

v.

KEYBANK NATIONAL ASSOCIATION,

Defendant.

Case No. 2:22-cv-00213-BJR

ORDER GRANTING SECOND EXTENSION OF TIME FOR KEYBANK NATIONAL ASSOCIATION TO RESPOND TO COMPLAINT

Based on the stipulation of the parties, it is HEREBY ORDERED that the deadline for defendant KeyBank National Association to answer or otherwise respond to the Complaint is extended to May 20, 2022.

IT IS SO ORDERED this 21st day of April, 2022

Barbara Jacobs Rothstein
U.S. District Court Judge

ORDER ON SECOND STIPULATED MOTION TO
EXTEND TIME TO RESPOND TO COMPLAINT - 1
(Case No. 2:22-cv-00213-BJR)
4873-2822-9398.2

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

Presented By:

MILLER NASH LLP

*s/Zachary A. Cooper*
_____
Steven A. Miller, WSBA No. 30388
Zachary A. Cooper, WSBA No. 53526
Pier 70, 2801 Alaskan Way, Suite 300
Seattle, WA 98121
Telephone: (206) 624-8300
Email: steven.miller@millernash.com
          zachary.cooper@millernash.com

Attorney for Defendant
KEYBANK NATIONAL ASSOCIATION

BARRAZA LAW PLLC

*s/Vicente Omar Barraza*
_____
Vicente Omar Barraza, WSBA No. 43589
10728 16th Avenue SW
Seattle, WA 98146
Telephone: (206) 933-7861
Email: omar@barrazalaw.com

Attorney for Plaintiff
MARGARITA ELISEA FREGOSO, also
known as MARGARITA FREGOSO

**Miller Nash LLP**
Pier 70 | 2801 Alaskan Way | Suite 300
Seattle, WA  98121-1128
206.624.8300 | Fax: 206.340.9599